IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-0608 |
| | § | |
| FEDERAL EMERGENCY | § | |
| MANAGEMENT AGENCY, *et al.,* | § | |
| | § | |
| Defendants | § | |

## ORDER

The unopposed motion by FEMA to extend the stay, Docket Entry No. 84, is granted. The stay is extended to **April 2, 2011**. FEMA must continue to file reports every 60 days.

SIGNED on November 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge