IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-608 |
| | § | |
| FEDERAL EMERGENCY | § | |
| MANAGEMENT AGENCY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In accordance with this court's August 29, 2012 Order, (Docket Entry No. 113), the Advisory filed on March 25, 2014, (Docket Entry No. 123), and by agreement of the parties, this action is dismissed without prejudice.

SIGNED on May 15, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge